UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Mag. No. 1:16-mj-68 |
| | ) | |
| JUAN SOLORZANO ARZATE | ) | JUDGE STEGER |

MEMORANDUM AND ORDER

JUAN SOLORZANO ARZATE ("Defendant") came before the Court for an initial appearance on March 11, 2016, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), on a Criminal Complaint ("Complaint") and Warrant for Arrest.

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and as his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Myrlene Marsa of Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant.

Defendant was furnished with a copy of the Complaint. Defendant acknowledged that he had an opportunity to review the Complaint with his attorney and that he understood the charges against him. The Court determined that Defendant was capable of being able to read and understand the documents.

The AUSA moved the court for an order detaining Defendant. Defendant waived his detention hearing and preliminary hearing, reserving the right to request such hearings at a later date.

Based on the sworn Affidavit/Complaint and Defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

1. There is probable cause to believe that there has been a violation of 8 U.S.C. §§ 1326(a) and (b)(2), re-entry of removed alien subsequent to a conviction for an aggravated felony, committed in the Eastern District of Tennessee.

2. There is probable cause to believe Defendant committed the aforesaid offenses.

It is, therefore, ORDERED:

1. Defendant shall be DETAINED without bail pending his arraignment.

2. Defendant shall next appear before the undersigned on **Monday, March 28, 2016, at 3:00 pm** for an arraignment.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE
